CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 20 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUSSELL ADAM PELLETIER,<br>    Petitioner, | Case No. 7:14-cv-00479 |
| v. | ORDER |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

this action is **DISMISSED without prejudice** as frivolous and **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 20th day of October, 2014.

          /s/ Jackson L. Kiser
          Senior United States District Judge